THE MANHANSET.

EVANS v. NELSON.

(Circuit Court of Appeals, Second Circuit.    December 5, 1893.)

No. 39.

MASTER AND SERVANT—PERSONAL INJURY TO SEAMAN—ABSENCE OF LIGHT AT WINCH—ACT IN EXTREMIS.

Appeal from the District Court of the United States for the Eastern District of New York.

This was a libel by Peter Nelson, a seaman, against the steamship Manhanset (Thomas L. Evans, claimant), to recover damages for personal injuries.    The district court entered a decree for libelant for $1,750 and costs.    53 Fed. 843.    The claimant appealed.

Convers & Kirlin, for appellant.
Edwin G. Davis, for appellee.

Affirmed, with interest and costs, on the opinion of the district judge.